Case 1:12-cv-00026-ACK-RLP Document 1 Filed 01/13/12 Page 1 of 2 PageID #: 1

CV12 00026 JMS KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 13 2012
at 11 o'clock and 30 min. __M
SUE BEITIA, CLERK

ORIGINAL

Joshua Medeiros
808-561-1274
84-984 Lahina St
96792, Waianae, Hi

To Whom It May Concern,

    I Joshua James Medeiros am filing this lawsuit in the United States District Court For The District of Hawaii against the Social Security Administration and the credit bureau Equifax. The United States District Court has jurisdiction under the F.C.R.A. I am filing my claim under the Fair Credit Reporting Act. The claim I am making is in regards to an overpayment that was made in my name due to a fraudulent representative payee and upon my numerous requests to have it removed. I was wrongfully reported to a collection agency and have been denied credit. The alleged payee of SSA withheld funds from me and knowledge of such benefits thus I filed a civil lawsuit against that person and had won. During the period of around the year of 2008 I had received a letter in the mail stating that I was overpaid (approx) $2,500 for social security benefits from whence I had no prior knowledge. I never got a letter from Equifax to show that I had a negative balance. Upon receiving this letter I called the Social Security Administration to find out what this letter had meant. They claimed I was receiving benefits for being disabled and that my Grandmother was my representative payee and she was overpaid under my name. Upon realizing that I was being ripped of by my payee I told the SSA admin the situation about not receiving any of the benefits and having had no prior knowledge, so I made a fraud claim that very same day In which I found out about the overpayment. I had also requested a different payee, since I did not know about being compensated for any disability due to the fact that I was 18 at the time, working, and living with a close friend. SSA filed the fraud claim and said they were going to do an investigation to solve this problem, however they never called me back or disputed any claim. I called SSA six months later to see if any progress had been made on my fraud case. When I had called SSA six months later a representative informed me that no claim was made for fraud and they couldn't find my case number. I kept calling but did not think much of it because my grandmother told me that she was paying it and sorting it out. However, upon returning to Hawaii after being in the mainland for the army's basic training I attempted to get a credit card from USAA and discovered I was denied due to the fact of an overpayment form social security. I called the credit card company Equifax and they said I had to settle the dispute with SSA. So when I walked into the SSA office I explained the story to a representative she informed me on filling out a request of waiver for an overpayment sometime in the ending of 2009. So after I had filed the waiver I had called in four months to check the status of the waiver and was told that no waiver was on file. So after that in January 2010 I had filed another waiver got it stamped then left. After about five months I called SSA and was told the exact same thing as before. So after that I went back to meet with a case manager and explained that SSA was losing all my documents for a waiver. I also explained about being overpaid and how it wasn't my fault do to fraud, she explained to me the fastest way to clear my name would be to go to civil court and try a civil case. A short while after that about three months called to check the status of the waiver, they had lost it again, so I brought in copies that I had made from being told by the case manger to do so. After that about a month later I took my grandmother to civil court and won after she admitted to the allegation set in the lawsuit. After all this was done I sent copies to Equifax to dispute my credit file but they said SSA had to confirm this and that they were still reporting to the collection agency in my name. (No matter how many times I disputed the negative charge and showed proof of fraud to

Equifax they would not remove it. I.E police reports, civil case , letters from me and my grandmother) After calling SSA numerous of time, I decided to go back to my field office and explain to a case worker that I won my civil case if they could inform to the three major credit bureaus that they had made a mistake in reporting my name to a collection agency and that the person responsible is Velva Medeiros.  They said they couldn't do it because they didn't report to the collection agency and that I needed to call the SSA financial dept. After receiving the number I had to try for a couple of days before I finally got a hold of someone and when I did I explained the situation to them but they said that I have to go back to my field office because only they could do it. After receiving the run-around from SSA   I went back to the field office in whence they told me that the financial dept was the only way they can take my name off of the collection agency. After receiving countless of run-arounds and wasting lots of time, I asked a case manager for a supervisors number in which I explained my situation to her, she told me there was little she could do. When I finally received my waiver decision it was sent repeatedly to a P.O box that was non-existent and instead of directing it towards me the person filing the waiver they repeatedly used my grandmothers name so I would never get the decision until I finally went to the SSA building and they gave me a copy of the decision. By the time I got the decision it deducted the overpayment by a thousand dollars but the time to appeal in court had passed. The sixty days to appeal the decision had passed long before I ever got a copy of the decision.  The decision has no date but I received it sometime in July, 2010 ( when I did bring this to SSA attention, they told me that I couldn't appeal or get a court date because the time to appeal had expired) thus this has exhausted any further administrative   judicial proceedings that I tried. I had also requested numerous times to go to court (from then till present) or get a court date but have been denied and given the run-arounds, SSA would not present my case to an administrative law judge by stating; "its too late or there is nothing we can do" (so technically I could never appeal any decisions because SSA never wanted to give me a court date, thus I have exhausted all my options by being denied a court hearing and being told that theirs no other steps to take other than this lawsuit)   Feeling utterly appalled and dismayed I spent hours and hours researching cases similar and finding out what I could do. Finally I came across legal aid in Hawaii.  They told me that their was little to no attorneys available to help my case due to the complexities of the paper work on their part, but I was told to file a lawsuit.

   Due to The Social Security Administration and Equifax I have suffered a sufficient amount of damages by being denied credit from 2009 till present. Having credit checks done while applying with other companies for a credit card has lowered my score substantially. I have spent hours out of work to go to the SSA building and I have spent hours out of school for the same cause. I have spent hours and hours researching how to get out of this situation and restore my credit. I have also paid fees to Legal Aid to find me an attorney. Due to the negligence on SSA by failing to resolve this at the administrative judicial level and the negligence of Equifax by providing proof of a civil case and my grandmothers letter of fault. I seek $5,000 restitution for my wasted time out of work, my pain and suffering, and having to pay most of my living expenses with cash . I also seek at a bare minimum, a legal injunction to SSA and Equifax to notify all credit bureaus that the debt billed to my name is incorrect and that any discrepancies that it has caused to be removed with it.

*[signature]* 1-13-12