IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JOSHUA MEDEIROS,            )
                            )
         Plaintiff,         )
                            )
         vs.                ) Civ. No. 12-00026 ACK-RLP
                            )
                            )
EQUIFAX AND THE UNITED STATES )
SOCIAL SECURITY ADMINISTRATION, )
                            )
         Defendants.        )
                            )
_____ )

### ORDER DISMISSING THE ACTION AGAINST DEFENDANTS EQUIFAX AND THE UNITED STATES SOCIAL SECURITY ADMINISTRATION

On January 13, 2012, pro se Plaintiff Joshua Medeiros filed a Complaint against Defendants Equifax Information Services LLC ("Equifax") and the United States Social Security Administration (the "SSA"). (ECF No. 1.) On March 5, 2012, Plaintiff filed a Motion to Dismiss on Consent. (ECF No. 10.) Plaintiff moves to dismiss his action against Equifax with prejudice, stating that the matter has been settled between the parties. Id. Plaintiff further moves to dismiss his action against the SSA without prejudice, noting that he is unable to pursue his complaint against the SSA at this time. Id. Defendants have not appeared in this action, and no answers or motions for summary judgment have been filed.

Federal Rule of Civil Procedure 41(a)(1)(A)(i) states

that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Furthermore, Rule 41(a)(2) states that, except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper.  In both cases, unless the notice, stipulation, or order states otherwise, the dismissal is without prejudice.

This Court construes Plaintiff's Motion to Dismiss on Consent as a notice of dismissal pursuant to Rule 41(a)(1)(A)(i); in the alternative, the Court deems Plaintiff's request to dismiss this action as against both Defendants to be a proper request pursuant to Rule 41(a)(2).  Plaintiff has requested that the action be dismissed with prejudice as to Equifax, and without prejudice as to the SSA.

For the foregoing reasons, this Court:(1) DISMISSES the action against Equifax with prejudice; and (2) DISMISSES the action against the SSA without prejudice.

     IT IS SO ORDERED.

     DATED:  Honolulu, Hawai'i, March 9, 2012.



                                   _____
                                   Alan C. Kay
                                   Sr. United States District Judge

<u>Medeiros v. Equifax, et al.</u>, Civ. No. 12-00026 ACK-RLP:  Order Dismissing The Action Against Defendants Equifax And The Social Security Administration.