AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF HAWAII

| | |
|---|---|
| JOSHUA MEDEIROS | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIV. NO. 12-00026 ACK-RLP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| EQUIFAX AND THE UNITED STATES SOCIAL SECURITY ADMINISTRATION | March 12, 2012<br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered. The action against Equifax is dismissed with prejudice and the action against the Social Security Administration is dismissed without prejudice pursuant to the "Order Dismissing the Action Against Defendants Equifax and The United States Social Security Administration" filed on March 09, 2012.

| | |
|---|---|
| March 12, 2012 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |